UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLOS GILBERT LAW,
Plaintiff,

v.

LARA, et al.,
Defendants.

Case No. 26-cv-07402-HSG

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Vince Chhabria for consideration of whether the case is related to *Law v. Pineda*, No. 25-cv-8559-VC.

**IT IS SO ORDERED.**

Dated: 8/19/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge